# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2019 ND 241

State of North Dakota,                                    Plaintiff and Appellee

v.

Komikka Katrice Gregory,                                Defendant and Appellant

## No. 20190060

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Gary H. Lee, Judge.

AFFIRMED.

Per Curiam.

Kelly A. Dillon, Special Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee.

Rozanna C. Larson (on brief), State's Attorney, Minot, ND, for plaintiff and appellee.

Russell J. Myhre, Enderlin, ND, for defendant and appellant.

**Per Curiam.**

[¶1]  Komikka Gregory appeals from an amended criminal judgment entered after a jury verdict.  Following trial, in October 2018 a jury found Gregory not guilty of the charge of murder, but guilty of a charge of manslaughter.  Gregory argues there was insufficient evidence to sustain the jury verdict for her conviction.  Viewing the evidence in the light most favorable to the verdict, we conclude sufficient evidence exists that could allow a jury to draw a reasonable inference in favor of conviction.  We affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Gerald W. VandeWalle, C.J.
        Lisa Fair McEvers
        Daniel J. Crothers
        Jerod E. Tufte
        Jon J. Jensen